FILED
2005 Aug-02  AM 10:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JEFFREY HUDSON ROGERS,            )
                                  )
           Petitioner             )
                                  )
    v.                            )
                                  )   Case No. 2:04-cv-03176-LSC-HGD
STEPHEN BULLARD, WARDEN,          )
and THE ATTORNEY GENERAL          )
OF THE STATE OF ALABAMA,          )
                                  )
           Respondents            )

## FINAL JUDGMENT

On June 17, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On July 21, 2005, after obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED. It is further ORDERED, ADJUDGED and DECREED that petitioner's motion for summary judgment be and the same hereby is DENIED.

Done this <u>2nd</u> day of <u>August 2005</u>.

                                                       _____
                                                          L. SCOTT COOGLER
                                           UNITED STATES DISTRICT JUDGE
                                                               124153